UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION: 15-00012-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| ADLEY LEO DYSON, JR. (01) | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of Defendant Adley Leo Dyson, Jr. is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings. **IT IS THEREFORE ORDERED** that Defendant Adley Leo Dyson, Jr. is finally adjudged guilty of the offense charged in Count One of the Bill of Information.

Sentencing remains set for Tuesday, October 11, 2016 at 2:00 p.m., before the undersigned, in Lafayette, Louisiana.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 29th day of June, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE